IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:05CR206-a |
| | )         WO |
| HAROLD THORNTON | ) |

### ORDER ON MOTION

Upon consideration of Michael J. Petersen's motion to withdraw and for appointment of CJA panel attorney (Doc. # 37), filed November 9, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. John M. Poti is appointed to represent the above-named defendant in this matter. Attorney Poti shall file a notice of appearance on or before November 15, 2005.

DONE, this 10th day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE